United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **RAMANPREET KAUR,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 5:26-CV-00322** |
| § | |
| **ORLANDO PEREZ,** *et al.*, § | |
| § | |
| **Respondents.** § | |

### ORDER

Pending before the Court is Petitioner Ramanpreet Kaur's ("Petitioner") Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), in which she alleges that her post-removal-order custody pursuant to 8 U.S.C. § 1231 has become unreasonably prolonged in violation of her due process rights as interpreted in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Respondents submitted a timely response to the Court indicating the steps that have been taken to effectuate Petitioner's removal as of March 12, 2026. (Dkts. 9, 10.)

In light of the information provided, Respondents are hereby **ORDERED** to supply the Court with an update on any additional progress that has been made to effectuate Petitioner's removal by **March 30, 2026**. Petitioner is permitted to provide the court with responsive supplemental information by **March 30, 2026**.

IT IS SO ORDERED.

1 / 2

SIGNED this March 23, 2026.

Diana Saldaña
United States District Judge